Robert A. Sacks (CA Bar No. 150146)
Adam S. Paris (CA Bar No. 190693)
Heidi B. Bradley (CA Bar No. 243403)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Attorneys for Defendant
MRV COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MRV COMMUNICATIONS, INC., et al., <br><br> Defendants. | Civil Action No. 2:08-CV-04561 GAF (RCx) <br><br> Hon. Gary A. Feess <br><br> ORDER SETTING REVISED BRIEFING SCHEDULE <br><br> *[Filed concurrently with Stipulation]* |

## ORDER

Upon stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. No response to plaintiffs' Amended Consolidated Verified Complaint filed January 30, 2009 shall be required by any defendant;

2. Plaintiffs shall file and serve a Second Amended Consolidated Verified Complaint within 60 days following MRV's issuance of its restated financial statements;

3. Defendants shall respond to plaintiffs' Second Amended Consolidated Verified Complaint within 30 days after service of plaintiffs' Second Amended Consolidated Verified Complaint;

4. The parties shall enter into a stipulation 60 days in advance of a scheduled mediation regarding the exchange of relevant documents and the confidentiality of those documents;

5. The parties shall engage in mediation promptly following MRV's issuance of its restated financial statements;

6. This Stipulation governs only plaintiffs' Second Amended Consolidated Verified Complaint and defendants' initial motion to dismiss. Nothing herein shall prejudice any party's ability to bring any other motion.

Dated: September 1, 2009

Honorable Gary A. Feess
United States District Judge