Jonathan Gardner
Brian D. Penny
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:    (212) 818-0477

*Attorneys for Lead Plaintiff Kwok Wong and Lead Class Counsel*

Robert A. Sacks (CA Bar No. 150146)
Adam S. Paris (CA Bar No. 190693)
Heidi B. Bradley (CA Bar No. 243403)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:  (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Defendant MRV Communications, Inc., with authority to execute on behalf of Individual Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSEY, et al., | ) Civil Action No. CV08-04561 GAF(RCx) |
| Plaintiffs, | ) |
| | ) Hon. Gary A Feess |
| v. | ) |
| | ) JOINT STATUS REPORT AND |
| MRV COMMUNICATIONS, INC., et al., | ) STIPULATION REGARDING |
| | ) SETTLEMENT |
| Defendants. | ) *(Filed concurrently with Proposed Order)* |

Lead Plaintiff and Defendant MRV Communications, Inc. ("MRV") and Defendants Noam Lotan, Shay Gonen, Kevin Rubin, Guy Avidan, Michael Blust, Guenter Jaensch, Igal Shidlovsky, Daniel Tsui and Baruch Fischer ("Individual Defendants") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Joint Status Report and Stipulation Regarding Settlement.

As indicated in the Joint Stipulation filed March 15, 2010, Docket Item No. 63 (the "Joint Stipulation"), the Parties reached an agreement in principle to settle this litigation as a result of a November 16, 2009 mediation. Pursuant to the agreement of the Parties and Order of the Court, the Parties have endeavored in good faith to memorialize the terms of the agreement in principle to settle in a Stipulation of Settlement, to be presented to the Court on or before March 19, 2010.

The Parties have been working with diligence and in good faith in conducting confirmatory and continue to work with diligence and in good faith to document the proposed Settlement. Lead Plaintiff has completed confirmatory discovery and the Parties are near agreement on all material deal points with respect to the proposed Settlement.

The Parties are in the final stages of documenting the proposed Settlement and all necessary negotiated exhibits, but, as indicated in the Joint Stipulation, seek some additional time in which to finalize the documentation and obtain approval from all Parties, including each of the Individual Defendants. Additionally, Lead Counsel for Lead Plaintiff, Labaton Sucharow LLP, have recently been hampered in their efforts to complete such documentation by an unforeseen fire at their New York offices last weekend. On the evening of Saturday March 13, 2010 a fire broke out in the sub-basement of 140 Broadway which was most likely caused by flooding from a major rainstorm that affected a large portion of the Northeast United States for several days. The flooding apparently caused an electrical fire

Joint Status Report and Stipulation Regarding Settlement    Civil Action No. CV-08-04561 GAF (RCx)

1

1 and the resulting explosions caused severe damage to certain electrical transformer
2 equipment which cut power to the entire building.  The building has been closed
3 since the sub-basement fire and is not expected to open again until Tuesday, March
4 23, 2010 at the earliest.  Labaton's e-mail and remote access dial in services and
5 telephone system were offline for several days.  Until the building is re-opened the
6 Labaton attorneys working on this matter are operating by remote access only.
7 Among other things, the logistical challenges presented by this situation have made
8 it difficult to communicate and work with the damages expert retained to complete
9 the Plan of Allocation.  Notwithstanding the closure of Labaton's offices, the
10 Parties fully expect to file a Stipulation of Settlement with the Court no later than
11 April 16, 2010.

12    Thus, the Parties have stipulated to, and respectfully request that the Court
13 approve, the concurrently filed Proposed Order such that the Parties may present
14 the Stipulation of Settlement to the Court on or before April 16, 2010.

15 Dated:  March 19, 2010         Respectfully submitted,

*Jonathan Gardner (w/p. AS)*
_____
Jonathan Gardner
Brian D. Penny
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477
*Attorneys for Lead Plaintiff Kwok Wong
and Lead Class Counsel*

28 Joint Status Report and Stipulation Regarding Settlement     Civil Action No. CV-08-04561 GAF (RCx)

2

| | |
|---|---|
| 1  Dated: March 19, 2010 | *[signature]* |
| 2 | Robert A. Sacks (CA Bar No. 150146) |
| 3 | Adam S. Paris (CA Bar No. 190693) |
| | Heidi B. Bradley (CA Bar No. 243403) |
| | SULLIVAN & CROMWELL LLP |
| | 1888 Century Park East, Suite 2100 |
| | Los Angeles, California 90067 |
| | Telephone:  (310) 712-6600 |
| | Facsimile:  (310) 712-8800 |
| | *Attorneys for Defendant* |
| | *MRV Communications, Inc., with authority to execute on behalf of Individual Defendants* |

Joint Status Report and Stipulation Regarding Settlement    Civil Action No. CV-08-04561 GAF (RCx)

3

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 19, 2010, I caused to be served the following document:

**JOINT STATUS REPORT AND STIPULATION REGARDING SETTLEMENT**

By posting this document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

Adam S Paris
parisa@sullcrom.com

Avi N Wagner
avi@thewagnerfirm.com, anwagneresq@hotmail.com

Brian Penny
bpenny@labaton.com

Christopher L. Lebsock
clebsock@hausfeldllp.com

Fei-Lu Qian
flqian@pomlaw.com

Heidi Brooks Bradley
bradleyh@sullcrom.com

Jonathan Gardner
jgardner@labaton.com

Lionel Z Glancy
lglancy@glancylaw.com

Marc I Gross
migross@pomlaw.com

Michael M Goldberg
mmgoldberg@glancylaw.com, dmacdiarmid@glancylaw.com, info@glancylaw.com, rmaniskas@glancylaw.com, rprongay@glancylaw.com

Patrick V Dahlstrom
pdahlstrom@pomlaw.com

Peter A Binkow
pbinkow@glancylaw.com

Robert A Sacks
sacksr@sullcrom.com

and also via MAIL upon the parties not registered as follows:

Jeremy A. Lieberman
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue 26th Floor
New York, NY 10017

Peretz Bronstein
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street Suite 4600
New York, NY 10165

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 19, 2010, at Los Angeles, California.

                    ***s/Andy Sohrn***
                    Andy Sohrn