1  Jonathan Gardner
2  Brian D. Penny
   LABATON SUCHAROW LLP
3  140 Broadway
4  New York, New York  10005
   Telephone:  (212) 907-0700
5  Facsimile:    (212) 818-0477

6  *Attorneys for Lead Plaintiff Kwok Wong*
7  *and Lead Class Counsel*

8  Robert A. Sacks (CA Bar No. 150146)
9  Adam S. Paris (CA Bar No. 190693)
   Heidi B. Bradley (CA Bar No. 243403)
10 SULLIVAN & CROMWELL LLP
11 1888 Century Park East, Suite 2100
   Los Angeles, California  90067
12 Telephone:  (310) 712-6600
13 Facsimile:    (310) 712-8800

14 *Attorneys for Defendant MRV*
15 *Communications, Inc., with authority to*
   *execute on behalf of Individual Defendants*
16
                    **UNITED STATES DISTRICT COURT**
17
                    **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| RAMSEY, et al., | ) Civil Action No. CV08-04561 |
|  | ) GAF(RCx) |
|            Plaintiffs, | ) |
|  | ) Hon. Gary A Feess |
|       v. | ) |
|  | ) [PROPOSED] ORDER |
| MRV COMMUNICATIONS, | ) RELATING TO JOINT STATUS |
| INC., et al., | ) REPORT AND STIPULATION |
|  | ) REGARDING SETTLEMENT |
|            Defendants. | ) (*Filed concurrently with Joint* |
|  | )  *Status Report and Stipulation*) |
|  | ) |

[PROPOSED] ORDER RELATING TO JOINT STATUS REPORT AND STIPULATION REGARDING
SETTLEMENT
Civil Action No. CV 08-04561 GAF (RCx)

1   Upon stipulation of the parties, and good cause appearing, IT IS HEREBY
2   ORDERED:
3
4   1.   The parties shall endeavor in good faith to memorialize the terms of
5   the agreement in principle in a Stipulation of Settlement to be presented to the
6   Court on or before April 16, 2010.
7
8   Dated: _____, 2010          _____
9                                        Honorable Gary A. Feess
10                                       United States District Judge

[PROPOSED] ORDER RELATING TO JOINT STATUS REPORT AND STIPULATION REGARDING SETTLEMENT
Civil Action No. CV 08-04561 GAF (RCx)