CHRISTOPHER J. KELLER (*pro hac vice*)
JONATHAN GARDNER (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:    (212) 818-0477

*Attorneys for Lead Plaintiff Kwok Wong
and Lead Counsel for the Class*

LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL GOLDBERG #188669
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Local Counsel for Lead Plaintiff Kwok Wong
and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. RAMSEY, Individually and on Behalf of All Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MRV COMMUNICATIONS INC., NOAM LOTAN, SHAY GONEN, MICHAEL BLUS, KEVIN RUBIN, GUY AVIDAN, GUENTER JAENSCH, IGAL SHIDLOVSKY, DANIEL TSUI, BARUCH FISHCHER,<br><br>　　　　　　　Defendants. | Civil Action No. CV 08-04561 GAF (RCx)<br><br>UNOPPOSED MOTION AND NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT<br><br>Date:　May 17, 2010<br>Time:　9:30 a.m.<br>Before: The Hon.Gary A. Feess |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on May 17, 2010 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Gary A. Feess, United States District Judge, at the Roybal Federal Building, United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, CA 90012, Lead Plaintiff Kwok Wong ("Lead Plaintiff"), through his counsel, will move for entry of the proposed Preliminary Approval Order Providing for Notice and Hearing in Connection with Proposed Class Action Settlement ("Preliminary Approval Order"), filed herewith.  Lead Plaintiff's motion is based on: the Stipulation and Agreement of Settlement, dated April 16, 2010; Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Settlement and Memorandum of Points and Authorities in Support Thereof; the Declaration of Jonathan Gardner, with annexed exhibits; all other pleadings and matters of record; and such additional evidence or argument as may be presented.

Lead Plaintiff requests an order:

1. certifying a settlement class ("Settlement Class");
2. preliminarily approving the Settlement;
3. holding that the manner and form of notice set forth in the Preliminary Approval Order satisfies due process and is the best notice practicable under the circumstances;
4. setting a date for the Settlement Hearing and establishing any currently unspecified deadlines set forth in the Preliminary Approval Order;
5. approving the forms of notice, proof of claim and summary notice;
6. appointing Berdon Claims Administration LLC as claims administrator; and

7. ordering that notice substantially in the form of the proposed notice be given to the proposed Settlement Class; and

8. for such other and further relief as may be just and proper.

The grounds for this motion are stated in the memorandum of points and authority, submitted herewith.

This motion is made pursuant to stipulation of counsel for Lead Plaintiff and for defendants, and it is without opposition of counsel for defendants that Lead Plaintiff files this motion today.

Dated: April 16, 2010

                Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: /s/ Peter A. Binkow
Lionel Z. Glancy #134180
Peter A. Binkow #173848
Michael Goldberg #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
*Local Counsel for Lead Plaintiff Kwok Wong and the Class*

**LABATON SUCHAROW LLP**

Christopher J. Keller *(pro hac vice)*
Jonathan Gardner *(pro hac vice)*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Attorneys for Lead Plaintiff Kwok Wong
and Lead Counsel for the Class