CHRISTOPHER J. KELLER (*pro hac vice*)
JONATHAN GARDNER (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:    (212) 818-0477

*Attorneys for Lead Plaintiff Kwok Wong
and Lead Counsel for the Class*

LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL GOLDBERG #188669
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Local Counsel for Lead Plaintiff Kwok Wong
and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. RAMSEY, Individually and on Behalf of All Similarly Situated, | Civil Action No. CV 08-04561 GAF (RCx) |
| Plaintiff, | DECLARATION OF JONATHAN GARDNER IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| v. | |
| MRV COMMUNICATIONS INC., NOAM LOTAN, SHAY GONEN, MICHAEL BLUS, KEVIN RUBIN, GUY AVIDAN, GUENTER JAENSCH, IGAL SHIDLOVSKY, DANIEL TSUI, BARUCH FISHCHER, | |
| Defendants. | Date:   May 17, 2010<br>Time:   9:30 a.m.<br>Before: The Hon. Gary A. Feess |

I, JONATHAN GARDNER, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Labaton Sucharow LLP, Lead Counsel for Lead Plaintiff, Kwok Wong, and the proposed class, and am admitted to practice *pro hac vice* before this Court. I respectfully submit this declaration in further support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Settlement and Memorandum of Points and Authorities in Support Thereof. I have personal knowledge of the matters testified to herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the firm resume of Labaton Sucharow LLP, Lead Counsel in the Litigation.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Stephanie Plancich & Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2009 Year-End Update* (NERA, December 2009).

4. Annexed hereto as Exhibit 3 is a true and correct copy of Ellen M. Ryan & Laura E. Simmons, *Securities Class Action Settlements: 2009 Review and Analysis* (Cornerstone Research, 2010).

5. Annexed hereto as Exhibit 4 is a true and correct copy of background information provided by Berdon Claims Administration LLC concerning its experience in class action claims administration.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Stipulation and Agreement of Settlement, dated April 16, 2010, with annexed exhibits.

---

DECLARATION OF JONATHAN GARDNER
CV-08-04561 GAF (RCx)

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2010

_____
Jonathan Gardner (admitted *pro hac vice*)